```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
LPC COMMERCIAL SERVICES, INC.,           :
                                         :
                         Plaintiff,      :    25cv1321(DLC)
              -v-                        :
                                         :         ORDER
THOR GATEWAY I & II LLC, et al.,         :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Plaintiff initiated this action on February 13, 2025. An Order of February 14 scheduled an initial pretrial conference for April 18, 2025 at 11:00 a.m. On February 25, plaintiff was granted leave to file a corrected complaint. Plaintiff has not filed proof of service as to any named defendants, and no counsel has appeared on defendants' behalf. It is hereby

ORDERED that the April 18, 2025 initial pretrial conference is adjourned <u>sine die</u>.

IT IS FURTHER ORDERED that plaintiffs' counsel file by no later than **April 21, 2025** proof of service or a letter detailing its efforts to serve defendants.

Dated:  New York, New York
        April 15, 2025

                                      _____
                                           DENISE COTE
                                      United States District Judge