UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LPC COMMERCIAL SERVICES, INC., <br><br> Plaintiff, <br><br> - against - <br><br> THOR GATEWAY I & II, LLC; THOR GATEWAY I & II, LP; THOR GATEWAY I & II OWNER, LLC; THOR GATEWAY INVESTMENT LLC; THOR GATEWAY INVESTOR MEMBER HOLDINGS LLC; THOR GATEWAY INVESTOR MEMBER LLC; THOR EQUITIES GROUP LLC; THOR EQUITIES INC.; THOR EQUITIES, LLC; THOR EQUITIES RN LLC; THOR EQUITIES SECURITIES, LLC; THOR EQUITIES ENVIRONMENTAL LLC; and JOSEPH J. SITT, <br><br> Defendants. | Civil Action No.: 1:25-cv-01321 <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT PURSUANT TO FRCP §41(a)(1)(A)(1)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(1), Plaintiff LPC Commercial Services, Inc. hereby gives notice that this action is voluntarily dismissed. Defendants have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice, pursuant to Fed. R Civ. P. 41(a)(1)(B).

Dated: June 12, 2025
New York, New York

So ordered.
/s/ Denise Cote
6/13/25

/s/Jason R. Mischel
Jason R. Mischel, Esq.
201 E. 19th Street, #5L
New York, New York 10003
Tel. (646) 807-9220
Email: jrm@jrmlegalresearch.com

*Attorney for Plaintiff*